**Danielle NELSON, Plaintiff–Appellant,**

v.

**Jo Anne B. BARNHART, Commissioner of Social Security, Defendant–Appellee.**

No. 04–1241.

United States Court of Appeals,
Fourth Circuit.

Submitted: July 30, 2004.

Decided: Aug. 18, 2004.

Bruce K. Billman, Fredericksburg, Virginia, for Appellant.

Paul J. McNulty, United States Attorney, Dennis E. Szybala, Assistant United States Attorney, Lisa De Soto, General Counsel, Thomas Crawley, Deputy General Counsel, Karen J. Aviles, Office of General Counsel, Baltimore, Maryland, for Appellee.

Before WIDENER, TRAXLER, and GREGORY, Circuit Judges.

PER CURIAM:

Danielle Nelson appeals the district court's order dismissing this action for lack of subject matter jurisdiction. We have reviewed the record and find no reversible error. Accordingly, we dismiss the appeal for the reasons stated by the district court. *See Nelson v. Barnhart,* No. CA–03–842 (E.D. Va. filed Dec. 19, 2003, entered Dec. 22, 2003). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED*